IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br>   Plaintiff,<br> v.<br><br>CENTENNIAL HEALTHCARE CORP.,<br>GENERAL STAR INDEMNITY COMPANY,<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA and<br>AMERICAN INTERNATIONAL SPECIALTY<br>LINES INSURANCE COMPANY,<br>   Defendants. | Case No. 1:05cv2012 |

CENTENNIAL HEALTHCARE CORP.,
   Plaintiff-in-Counterclaim
 v.

EVANSTON INSURANCE COMPANY
   Defendant-in-Counterclaim

CENTENNIAL HEALTHCARE CORP.,
   Cross-Claimant
 v.

GENERAL STAR INDEMNITY COMPANY,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA  and
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY
   Cross-Respondents

GENERAL STAR INDEMNITY COMPANY,   )
         Cross-Claimant   )
v.   )
   )
CENTENNIAL HEALTHCARE CORP.   )
         Cross-Respondent   )
_____)

### GENERAL STAR INDEMNITY COMPANY'S MOTION TO DISMISS CENTENNIAL HEALTHCARE CORP.'S COUNTERCLAIM AND <u>CROSS-CLAIM FOR DECLARATORY JUDGMENT</u>

Defendant and Cross-Respondent, General Star Indemnity Company (hereinafter "General Star"), by counsel, hereby moves this Honorable Court to dismiss Centennial Healthcare Corp.'s Counterclaim and Cross-Claim for Declaratory Judgment, pursuant to Fed. R. Civ. P. 12(b)(6). For its Motion, General Star states:

1. Centennial Healthcare Corp. ("Centennial") filed its Counterclaim and Cross-Claim ("Cross-Claim"), wherein it asserts a single count for declaratory judgment against General Star.

2. Pursuant to its Cross-Claim, Centennial seeks a declaration of the rights of Centennial, Evanston, General Star, National Union and AISLIC under the Third Amended Joint Plan of Reorganization (the "Plan") approved by the Bankruptcy Court for the Northern District of Georgia in June, 2004.

3. Centennial fails to allege the existence of a justiciable controversy as between itself and General Star, fails to allege that it is seeking coverage

2

under any policies of insurance issued by General Star for any claims falling under the Plan, and fails to allege any basis for this Court to hear a claim concerning the construction and interpretation of the Plan approved by the Bankruptcy Court.

4. In light of the foregoing, Centennial's Cross-Claim fails to state a claim upon which relief can be granted as against General Star.

5. A memorandum of law is filed herewith and incorporated herein by this reference.

WHEREFORE, General Star prays this Honorable Court to dismiss Centennial's Cross-Claim with prejudice, and for all other just and appropriate relief.

>Respectfully submitted,
>
>THE COVERAGE LAW FIRM, PLLC
>
>/s/ B. Gerard Cordelli
>B. Gerard Cordelli, Esq. (Admitted Pro Hac Vice)
>The Coverage Law Firm, PLLC
>1629 K Street, NW
>Suite 802
>Washington, DC 20016
>202.785.4134
>202.785.0820 facsimile
>bgcordelli@thecoveragelawfirm.com
>
>-and-
>
>TROUTMAN SANDERS LLP
>
>Thomas R. Walker, Esq.

3

Georgia Bar No. 732755
Troutman Sanders, LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
404.885.3685 telephone
404.962.6738 facsimile
thomas.walker@troutmansanders.com

*Co-Counsel for General Star Indemnity Company*

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the above with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to counsel of record at the below electronic mail address:

David W. Cranshaw, Esq.
Robert C. Threlkeld, Esq.
Morris Manning & Martin
3343 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, GA 30326-1044
404.233.7000
dwc@mmmlaw.com
rthrelkeld@mmmlaw.com

Henry E. Scrudder, Jr., Esq.
Teddy L. Sutherland, Esq.
Sommers, Scrudder & Bass LLP
900 Circle 75 Parkway
Suite 850
Atlanta, GA 30339-3084
770.612.9200
tsutherland@ssblaw.net

Robert Matthew Martin, Esq.
Paul Hastings Janofsky & Walker
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308-2222
404.815.2205
mattmartin@paulhastings.com

THE COVERAGE LAW FIRM, PLLC

/s/ B. Gerard Cordelli
B. Gerard Cordelli, Esq. (Admitted Pro Hac Vice)
The Coverage Law Firm, PLLC
1629 K Street, NW
Suite 802
Washington, DC 20016
202.785.4134
202.785.0820 facsimile
bgcordelli@thecoveragelawfirm.com