IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EVANSTON INSURANCE
COMPANY,

                    **Plaintiff,**

v.                                          1:05-cv-2012-WSD

CENTENNIAL HEALTHCARE
CORP., et al,

                    **Defendants.**

## ORDER

The Court having reviewed the Joint Discovery Plan filed by the parties on December 20, 2005, and finding that it complies with the December 7, 2005 Order of the Court.

IT IS HEREBY ORDERED that the Joint Discovery Plan is APPROVED and is entered as an order of the Court.

**SO ORDERED**, this 4th day of January, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE