**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br>          Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1: 05-cv-2012-WSD |
| CENTENNIAL HEALTHCARE CORP., et al.<br>          Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the Court declares that Evanston is not obligated to provide a defense or indemnification with respect to any matters allegedly covered by its policy unless and until Centennial pays one million dollars as to each such claim pursuant to its obligations under the SIR.

Dated at Atlanta, Georgia, this 13th day of July, 2007.

JAMES N. HATTEN
CLERK OF COURT

By:   */s/ K. Thornton*
         K. Thornton, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 13, 2007
James N. Hatten
Clerk of Court

By: */s/ K. Thornton*
         Deputy Clerk